## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>MISSISSIPPI PHOSPHATES CORPORATION, et al.,<br><br>　　　　　Debtor<br>-----------------------------------------------------------<br>MISSISSIPPI PHOSPHATE CORPORATION LIQUIDATING TRUST (MPCLT), EDWIN N. ORDWAY, JR., Managing Director, BERKLEY RESEARCH GROUP, LLC, in his capacity as MPCLT TRUSTEE OF THE MPCLT TRUST,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNIMIN CORPORATION,<br><br>　　　　　Defendant. | CHAPTER 11<br><br>Case No. 14-51667-KMS<br><br><br><br><br><br><br><br>Adversary Proceeding No. 16-06069 |

### STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

The parties hereto, by their respective counsel, hereby stipulate to dismiss the above-captioned adversary proceeding with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, each party to bear its own costs and attorneys' fees. The parties have reached a settlement agreement whereby Unimin Corporation will convey a sum certain to the Trust within thirty (30) days of the date of their Settlement Agreement (entered on May 17, 2018). The parties request that this Court retain jurisdiction for the purposes of enforcing the settlement agreement reached between the parties should the settlement not be consummated as agreed.

Dated: May 22, 2018

*/s/ Kasee Sparks Heisterhagen*
**Kasee Sparks Heisterhagen** (MB# 103521)
Burr & Forman LLP
RSA Tower
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696
ksparks@burr.com
*Counsel for the Plaintiff*


*/s/ James Berman (by permission)*
**James Berman**
Zeisler & Zeisler PC
10 Middle St, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
JBerman@zeislaw.com
*Counsel for the Defendant*